## Commonwealth *v.* Miller, Appellant.

Before MARSH, J. Argued December 10, 1975. *David Katz*, Public Defender, for appellant; *C. Daniel Higgins*, Assistant District Attorney, and *James F. Marsh*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Moninger, Appellant.

Before TOOTHMAN, P. J. Submitted November 18, 1975. *James D. Murphy*, Public Defender, for appellant; *W. Bertram Waychoff*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Montrom, Appellant.

Before DAVISON, J. Argued December 8, 1975. *Jeffrey R. Dimmich*, with him *Wallace C. Worth, Jr.*, and *Worth & O'Hara*, for appellant; *Richard J. Makoul*, Assistant District Attorney, and *George J. Joseph*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.